# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARKEEZE DAVIS, IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MONICA PORTER, DECEASED<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MISSION CHATEAU, L.L.C., TUTERA SENIOR LIVING & HEALTH CARE, L.L.C., TUTERA HEALTH CARE SERVICES, L.L.C., and TUTERA GROUP, INC.<br><br>　　　　Defendants. | Case No.: 2:21-cv-02121-EFM-JPO |

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Markeeze Davis, by and through her attorney of record Kristi L. Kingston of the Employee & Labor Law Group of Kansas City, LLC and Defendants Mission Chateau, L.L.C., Tutera Senior Living and Health Care, L.L.C., Tutera Health Care Services, L.L.C. and Tutera Group, Inc., by and through their attorneys of record Michael L. Blumenthal and Linda A. Adeniji of Seyferth Blumenthal & Harris LLC, hereby stipulate to the dismissal of this case with prejudice, with each party to bear her/their own costs.

**WHEREFORE,** the Parties respectfully request that this Court enter an Order dismissing this case with prejudice with each Party to bear her/their own costs.

Respectfully Submitted,

**EMPLOYEE & LABOR LAW GROUP OF KANSAS CITY, LLC**

By:   /s/Kristi L. Kingston
      Kristi L. Kingston, Ks. Bar No. 19126
      12920 Metcalf Avenue, Suite 180
      P.O. Box 25843
      Overland Park, KS 66225
      Ph:   (913) 286-5200
      Fax:  (913) 286-5201
      Email: kristi@elgkc.com

**ATTORNEY FOR PLAINTIFF**

and

**SEYFERTH BLUMENTHAL & HARRIS LLC**

By:   /s/Linda A. Adeniji
      Michael L. Blumenthal, Ks. Bar No. 18582
      Linda A. Adeniji, Ks. Bar No. 27348
      4801 Main Street, Suite 310
      Kansas City, MO 64112
      Ph:   (816) 756-0700
      Fax:  (816) 756-3700
      Email: mike@sbhlaw.com
            linda@sbhlaw.com

**ATTORNEYS FOR DEFENDANTS**